IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

ROLANDO RODRIGUEZ-FLORES, by his
Next friend and uncle, ROLANDO FLORES,

                Petitioner,

v.                                            CIVIL ACTION NO. 3:26-0169

LEONARD ODDO,
Facility Administrator of the
Moshannon Valley Processing Center;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of Homeland Security;
PAMELA JO BONDI,
United States Attorney General,
in their official capacities,

                Respondents.

**ORDER**

      This Judge will not be available to hear this case in a timely manner and therefore **ORDERS** this case transferred to Rory L. Perry II, Clerk of Court, for reassignment to another judge within this district.

      The Court **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented parties.

                                              ENTER:     March 2, 2026

                                              ROBERT C. CHAMBERS
                                              UNITED STATES DISTRICT JUDGE