IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

ROLANDO RODRIGUEZ-FLORES,
by his next friend and uncle, ROLANDO FLORES

      Petitioner,

v.                                              CIVIL ACTION NO. 3:26-cv-00169

LEONARD ODDO, Facility Administrator of the
Moshannon Valley Processing Center;
JOHN RIFE, Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of Homeland Security;
PAMELA JO BONDI, United States Attorney General,
in their official capacities

      Respondents.

## CLERK'S ORDER

Pursuant to [6] Order, this action is hereby REASSIGNED from the docket of the Honorable Robert C. Chambers, United States District Judge, to the Honorable Thomas E. Johnston, United States District Judge.

Copies of this Order shall be forwarded by the Clerk to Judge Chambers, Judge Johnston, counsel of record, and any unrepresented party.

DATED: March 2, 2026

_____
RORY L. PERRY II, Clerk of Court