**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

ROLANDO RODRIGUEZ-FLORES, et al.,

        Petitioners,

v.                            CIVIL ACTION NO.   3:26-cv-00169

LEONARD ODDO, et al.,

        Respondents.


**ORDER**

By Standing Order entered September 1, 2024, and filed in this case on March 2, 2026, this case was referred to United States Magistrate Judge Joseph K. Reeder for Findings of Fact and Recommendations for disposition (ECF No. 5).   In light of the exigent timeframe presented in this matter, this Court shall proceed to a disposition in this case, and therefore, **VACATES** the Standing Order (ECF No. 5).

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                 ENTER:      March 4, 2026

                 THOMAS E. JOHNSTON
                 UNITED STATES DISTRICT JUDGE